IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  
STEPHEN K. FORD  
STACY M. FORD  
    Debtor(s)

Bankruptcy No.  20-20471-CMB

Chapter 13

STEPHEN K. FORD  
STACY M. FORD  
    Movant(s)

Doc No.

v.

RONDA J. WINNECOUR, TRUSTEE  
    Respondent

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

\_\_\_\_\_ Voluntary Petition - *Specify reason for amendment*:

Official Form 6 Schedules (Itemization of Changes Must Be Specified)  
\_\_\_\_\_ Summary of Schedules  
\_\_\_\_\_ Schedule A - Real Property  
\_X\_\_\_\_ Schedule B - Personal Property – **Claims against Second Round Sub LLC and Quantum3 Group LLC added**  
\_\_X\_\_\_ Schedule C - Property Claimed as Exempt – **Corresponding exemptions claimed**  
\_\_\_\_\_ Schedule D - Creditors holding Secured Claims  
    Check one:  
        \_\_\_\_\_ Creditor(s) added  
        \_\_\_\_\_ NO creditor(s) added  
        \_\_\_\_\_ Creditor(s) deleted  
\_\_\_\_\_ Schedule E - Creditors Holding Unsecured Priority Claims  
    Check one:  
        \_\_\_\_\_ Creditor(s) added  
        \_\_\_\_\_ NO creditor(s) added  
        \_\_\_\_\_ Creditor(s) deleted  
\_\_\_\_\_ Schedule F - Creditors Holding Unsecured Nonpriority Claims  
    Check one:  
        \_\_\_\_\_ Creditor(s) added  
        \_\_\_\_\_ NO creditor(s) added  
        \_\_\_\_\_ Creditor(s) deleted  
\_\_X\_\_\_ Schedule G - Executory Contracts and Unexpired Leases  
    Check one:  
        \_\_\_\_\_ Creditor(s) added  
        \_\_X\_\_\_ NO creditor(s) added – **Approved special counsel added**  
        \_\_\_\_\_ Creditor(s) deleted  
\_\_\_\_\_ Schedule H - Codebtors  
\_\_\_\_\_ Schedule I - Current Income of Individual Debtor(s)  
\_\_\_\_\_ Schedule J - Current Expenditures of Individual Debtor(s)  
\_\_\_\_\_ Statement of Financial Affairs  
\_\_\_\_\_ Chapter 7 Individual Debtor's Statement of Intention  
\_\_\_\_\_ Chapter 11 List of Equity Security Holders  
\_\_\_\_\_ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims  
\_\_\_\_\_ Disclosure of Compensation of Attorney for Debtor

_____  Other:  _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

                                                   MOYNIHAN LAW PC

Dated:  March 16, 2021                  By:      <u>/s/ Mark G. Moynihan</u>
                                                    Mark G. Moynihan
                                                    PA ID No. 307622
                                                    2 Chatham Center, Suite 230
                                                    Pittsburgh, PA 15219
                                                    Phone:  (412) 889-8535
                                                    Fax:  (800) 997-8192
                                                    Email: mark@moynihanlaw.net

                                                    Attorney for Debtor(s)

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **Stephen K. Ford** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Stacy M. Ford** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number | 20-20471-CMB | | |

■ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property                                                           12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

1.1

**309 Ambridge Ave**
Street address, if available, or other description

**Fair Oaks**        **PA**    **15003-0000**
City                 State     ZIP Code

**Allegheny**
County

**What is the property?** Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Value per zillow.com**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $116,134.00 | $116,134.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ Check if this is community property
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>**           $116,134.00

**Part 2:  Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1 **Stephen K. Ford**
Debtor 2 **Stacy M. Ford**                                   Case number *(if known)* **20-20471-CMB**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   3.1 Make: **Nissan**
   Model: **Quest LE**
   Year: **2013**
   Approximate mileage: **85,000**
   Other information:

   | Value per KBB.com private party range. |

   Who has an interest in the property? Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ■ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   **Current value of the entire property?** $7,967.00
   **Current value of the portion you own?** $7,967.00

   3.2 Make: **Ford**
   Model: **F-150**
   Year: **2016**
   Approximate mileage:
   Other information:

   | Value based on cargurus.com |

   Who has an interest in the property? Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   **Current value of the entire property?** $27,572.00
   **Current value of the portion you own?** $27,572.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................=>     **$35,539.00**

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?       **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | Household goods and furnishings | $2,500.00 |
   | Children's toys and books | $200.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | Computer $300, 3 iPads, 2 Tv's | $500.00 |

| Debtor 1 | **Stephen K. Ford** | | |
|---|---|---|---|
| Debtor 2 | **Stacy M. Ford** | Case number *(if known)* | **20-20471-CMB** |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ■ Yes. Describe.....

   | **Bow, arrows, hunting equipment** | **$200.00** |
   |---|---|
   | **Supplies from a former jewelry making business** | **$300.00** |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

    | **Two .25 ACP handguns ($200), 1911 .45 handgun ($500), Marlin XL270 rifle ($300), AK74 rifle ($400), Mossberg over under 12 guage shotgun ($400), Bonelli Supernova 12 guage shotgun ($400), Mossin Nagant M90/30 rifle ($100), ammunition and accessories ($500)** | **$2,800.00** |
    |---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | **Men's clothing, shoes and accessories** | **$200.00** |
    |---|---|
    | **Women's clothing, shoes and accessories** | **$1,000.00** |
    | **Children's clothing and shoes** | **$500.00** |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | **.5 carat diamond engagement ring, wedding bands, costume jewelry** | **$3,000.00** |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

    | **Dog, bird** | **$200.00** |
    |---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No

| Debtor 1 | **Stephen K. Ford** | | |
|---|---|---|---|
| Debtor 2 | **Stacy M. Ford** | Case number *(if known)* | **20-20471-CMB** |

☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..........................................................................**   $11,400.00

**Part 4: Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**   **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes............................................................................................................

    **Cash**   $20.00

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......................   Institution name:

    | | 17.1. | **Savings** | **FedEx Employees Credit Association** | $33.96 |
    | | 17.2. | **Checking** | **Chrome Federal Credit Union** | $1,186.51 |
    | | 17.3. | **Checking** | **Clearview Federal Credit Union** | $767.59 |
    | | 17.4. | **Savings** | **Clearview Federal Credit Union** | $29.15 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ■ Yes..................   Institution or issuer name:

    **Ameritrade**   $0.00

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them...................
        Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
        Issuer name:

| Debtor 1 | **Stephen K. Ford** | | |
|---|---|---|---|
| Debtor 2 | **Stacy M. Ford** | Case number *(if known)* | **20-20471-CMB** |

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **401(k)** | **Vanguard** | **$26,740.24** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................                          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............         Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............         Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| **2019 anticipated refund** | Federal | **$1,164.00** |
|---|---|---|

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes.  Give specific information..

Official Form 106A/B                                Schedule A/B: Property                                                    page 5
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

| Debtor 1 | **Stephen K. Ford** | | |
|---|---|---|---|
| Debtor 2 | **Stacy M. Ford** | Case number *(if known)* | **20-20471-CMB** |

| | |
|---|---|
| **Debtor 2 has a pending Unemployment Compensation claim** | Unknown |
| **Debtor 2 has a pending Social Security Disability claim** | Unknown |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Prudential - AD&D insurance through Debtor 1's Employer - No cash value** | **Stacy Ford** | $0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☐ No
    ■ Yes. Give specific information..

| | |
|---|---|
| **Debtor 2 inherited her father's belongings in a storage unit located in the state of Kansas** | $2,000.00 |

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes. Describe each claim.........

| | |
|---|---|
| **Debtor 1 was involved in motor vehicle accident on 4/5/19 and has retained counsel, The Chiurazzi Law Group. Debtors intend to amend this schedule and Schedule C to maximize his exemptions once additional information is available.** | Unknown |
| **Debtor 1's claims against Second Round Sub LLC, Quantum3 Group LLC and related parties for unlawful debt collection conduct.** | Unknown |
| **Debtor 2's claims against Second Round Sub LLC, Quantum3 Group LLC and related parties for unlawful debt collection conduct.** | Unknown |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.**.................................................................................................................. | **$31,941.45** |

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

| | | |
|---|---|---|
| Debtor 1 | **Stephen K. Ford** | |
| Debtor 2 | **Stacy M. Ford** | Case number *(if known)*  **20-20471-CMB** |

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... **$0.00**

**Part 8:** **List the Totals of Each Part of this Form**

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ............................................................................................ | | | **$116,134.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$35,539.00** | | |
| 57. | **Part 3: Total personal and household items, line 15** | **$11,400.00** | | |
| 58. | **Part 4: Total financial assets, line 36** | **$31,941.45** | | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$78,880.45** | Copy personal property total | **$78,880.45** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | **$195,014.45** |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Stephen K. Ford** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | **Stacy M. Ford** | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number (if known) | 20-20471-CMB | |

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt  4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ■ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **309 Ambridge Ave Fair Oaks, PA 15003**<br>Line from *Schedule A/B*: **1.1** | $116,134.00 | ■ $5,376.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **Household goods and furnishings**<br>Line from *Schedule A/B*: **6.1** | $2,500.00 | ■ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Children's toys and books**<br>Line from *Schedule A/B*: **6.2** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Computer $300, 3 iPads, 2 Tv's**<br>Line from *Schedule A/B*: **7.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Bow, arrows, hunting equipment**<br>Line from *Schedule A/B*: **9.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | **Stephen K. Ford** | | | |
|---|---|---|---|---|
| Debtor 2 | **Stacy M. Ford** | | Case number (if known) | **20-20471-CMB** |

| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** <br> Copy the value from *Schedule A/B* | **Amount of the exemption you claim** <br> *Check only one box for each exemption.* | | **Specific laws that allow exemption** |
|---|---|---|---|---|
| **Supplies from a former jewelry making business** <br> Line from *Schedule A/B*: **9.2** | $300.00 | ■ | $300.00 | 11 U.S.C. § 522(d)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Two .25 ACP handguns ($200), 1911 .45 handgun ($500), Marlin XL270 rifle ($300), AK74 rifle ($400), Mossberg over under 12 guage shotgun ($400), Bonelli Supernova 12 guage shotgun ($400), Mossin Nagant M90/30 rifle ($100), ammunition and accessories ($500)** <br> Line from *Schedule A/B*: **10.1** | $2,800.00 | ■ | $2,800.00 | 11 U.S.C. § 522(d)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Men's clothing, shoes and accessories** <br> Line from *Schedule A/B*: **11.1** | $200.00 | ■ | $200.00 | 11 U.S.C. § 522(d)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Women's clothing, shoes and accessories** <br> Line from *Schedule A/B*: **11.2** | $1,000.00 | ■ | $1,000.00 | 11 U.S.C. § 522(d)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Children's clothing and shoes** <br> Line from *Schedule A/B*: **11.3** | $500.00 | ■ | $500.00 | 11 U.S.C. § 522(d)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **.5 carat diamond engagement ring, wedding bands, costume jewelry** <br> Line from *Schedule A/B*: **12.1** | $3,000.00 | ■ | $3,000.00 | 11 U.S.C. § 522(d)(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Dog, bird** <br> Line from *Schedule A/B*: **13.1** | $200.00 | ■ | $200.00 | 11 U.S.C. § 522(d)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Cash** <br> Line from *Schedule A/B*: **16.1** | $20.00 | ■ | $20.00 | 11 U.S.C. § 522(d)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Savings: FedEx Employees Credit Association** <br> Line from *Schedule A/B*: **17.1** | $33.96 | ■ | $33.96 | 11 U.S.C. § 522(d)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: Chrome Federal Credit Union** <br> Line from *Schedule A/B*: **17.2** | $1,186.51 | ■ | $1,186.51 | 11 U.S.C. § 522(d)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

| Debtor 1 | **Stephen K. Ford** | | | |
|---|---|---|---|---|
| Debtor 2 | **Stacy M. Ford** | | Case number (if known) | **20-20471-CMB** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Checking: Clearview Federal Credit Union**<br>Line from *Schedule A/B*: **17.3** | $767.59 | ■ | $767.59<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Savings: Clearview Federal Credit Union**<br>Line from *Schedule A/B*: **17.4** | $29.15 | ■ | $29.15<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Ameritrade account recently opened, no funds have been deposited into it yet.**<br>Line from *Schedule A/B*: **18.1** | $0.00 | ☐<br>■ | <br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **401(k): Vanguard**<br>Line from *Schedule A/B*: **21.1** | $26,740.24 | ■ | $26,740.24<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **Federal: 2019 anticipated refund**<br>Line from *Schedule A/B*: **28.1** | $1,164.00 | ■ | $1,164.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Prudential - AD&D insurance through Debtor 1's Employer - No cash value Beneficiary: Stacy Ford**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ☐<br>■ | <br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Debtor 2 inherited her father's belongings in a storage unit located in the state of Kansas**<br>Line from *Schedule A/B*: **32.1** | $2,000.00 | ■ | $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Debtor 1 was involved in motor vehicle accident on 4/5/19 and has retained counsel, The Chiurazzi Law Group. Debtors intend to amend this schedule and Schedule C to maximize his exemptions once additional information is available.**<br>Line from *Schedule A/B*: **33.1** | Unknown | ■ | Unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(11)(D)** |
| **Debtor 1's claims against Second Round Sub LLC, Quantum3 Group LLC and related parties for unlawful debt collection conduct.**<br>Line from *Schedule A/B*: **33.2** | Unknown | ■ | Unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Debtor 2's claims against Second Round Sub LLC, Quantum3 Group LLC and related parties for unlawful debt collection conduct.**<br>Line from *Schedule A/B*: **33.3** | Unknown | ■ | Unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

| | |
|---|---|
| Debtor 1 **Stephen K. Ford** | |
| Debtor 2 **Stacy M. Ford** | Case number (if known) **20-20471-CMB** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Stephen K. Ford** | |
| | First Name / Middle Name / Last Name | |
| Debtor 2 (Spouse if, filing) | **Stacy M. Ford** | |
| | First Name / Middle Name / Last Name | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number (if known) | 20-20471-CMB | |

■ Check if this is an amended filing

Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | **Person or company with whom you have the contract or lease**<br>Name, Number, Street, City, State and ZIP Code | **State what the contract or lease is for** |
|---|---|---|
| 2.1 | **Chiurazzi Law Group**<br>**101 Smithfield St**<br>**Pittsburgh, PA 15222-2203** | **The Court approved Debtors' employment of special counsel regarding injuries sustained in an auto accident on or about April 5, 2019 by order of this Court dated June 2, 2020. See Dkt. 47.** |
| 2.2 | **Moynihan Law, P.C.**<br>**2 Chatham Center Suite 230**<br>**Pittsburgh, PA 15219** | **The Court approved Debtors' employment of Moynihan Law, P.C. and East End Trial Group, LLC as special counsel for consumer protection claims by order of court dated June 24, 2020.  See Dkt. 59.** |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Stephen K. Ford** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Stacy M. Ford** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | **20-20471-CMB** | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Stephen K. Ford**
**Stephen K. Ford**
Signature of Debtor 1

Date **March 16, 2021**

X **/s/ Stacy M. Ford**
**Stacy M. Ford**
Signature of Debtor 2

Date **March 16, 2021**