IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  
STEPHEN K. FORD  
STACY M. FORD  
    Debtor(s)

Bankruptcy No. 20-20471-CMB

Chapter 13

STEPHEN K. FORD  
STACY M. FORD  
    Movant(s)

Related to Doc No. 80, 81

v.

RONDA J. WINNECOUR, TRUSTEE  
    Respondent

**AMENDED**
**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

\_\_\_\_\_ Voluntary Petition - *Specify reason for amendment*:

Official Form 6 Schedules (Itemization of Changes Must Be Specified)
\_\_\_\_\_ Summary of Schedules
\_\_\_\_\_ Schedule A - Real Property
\_X\_\_\_\_ Schedule B - Personal Property – **Claims against Second Round Sub LLC and Quantum3 Group LLC added**
\_\_X\_\_\_ Schedule C - Property Claimed as Exempt – **Corresponding exemptions claimed**
\_\_\_\_\_ Schedule D - Creditors holding Secured Claims
    Check one:
    \_\_\_\_\_ Creditor(s) added
    \_\_\_\_\_ NO creditor(s) added
    \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule E - Creditors Holding Unsecured Priority Claims
    Check one:
    \_\_\_\_\_ Creditor(s) added
    \_\_\_\_\_ NO creditor(s) added
    \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule F - Creditors Holding Unsecured Nonpriority Claims
    Check one:
    \_\_\_\_\_ Creditor(s) added
    \_\_\_\_\_ NO creditor(s) added
    \_\_\_\_\_ Creditor(s) deleted
\_\_X\_\_\_ Schedule G - Executory Contracts and Unexpired Leases
    Check one:
    \_\_\_\_\_ Creditor(s) added
    \_\_X\_\_\_ NO creditor(s) added – **Approved special counsel added**
    \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule H - Codebtors
\_\_\_\_\_ Schedule I - Current Income of Individual Debtor(s)
\_\_\_\_\_ Schedule J - Current Expenditures of Individual Debtor(s)
\_\_\_\_\_ Statement of Financial Affairs
\_\_\_\_\_ Chapter 7 Individual Debtor's Statement of Intention
\_\_\_\_\_ Chapter 11 List of Equity Security Holders
\_\_\_\_\_ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims

_____ Disclosure of Compensation of Attorney for Debtor
_____ Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

**Service by NEF**

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Stephen Russell Franks on behalf of Creditor Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
amps@manleydeas.com

Steven P Kelly on behalf of Creditor loanDepot.com, LLC
skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Brian Nicholas on behalf of Creditor MidFirst Bank
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

Service will be made by USPS First-Class mail once the Court enters an order, as amendments to schedules are excluded from self-scheduling pursuant to the Court's procedures.

|  |  |  |
|---|---|---|
|  |  | MOYNIHAN LAW PC |
| Dated: March 17, 2021 | By: | /s/ Mark G. Moynihan |
|  |  | Mark G. Moynihan |
|  |  | PA ID No. 307622 |
|  |  | 2 Chatham Center, Suite 230 |
|  |  | Pittsburgh, PA 15219 |
|  |  | Phone: (412) 889-8535 |
|  |  | Fax: (800) 997-8192 |
|  |  | Email: mark@moynihanlaw.net |
|  |  | Attorney for Debtor(s) |

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.