IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>STEPHEN K. FORD<br>STACY M. FORD<br>    Debtor(s) | Bankruptcy No. 20-20471-CMB<br><br>Chapter 13 |
| STEPHEN K. FORD<br>STACY M. FORD<br>    Movant(s)<br><br>v.<br><br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent | Related to Doc No. 80, 81, 82, 83 |

**CERTIFICATE OF SERVICE OF**
**AMENDED SCHEDULES B, C, AND G DATED MARCH 16, 2021 [Doc 80] AND**
**AMENDED COVERSHEET [Doc 82]**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **March 18, 2021**.

The type(s) of service made on the parties was: first-class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

MOYNIHAN LAW PC

Executed on: March 18, 2021    By:    /s/ Mark G. Moynihan
Mark G. Moynihan
PA ID No. 307622
2 Chatham Center, Suite 230
Pittsburgh, PA 15219
Phone: (412) 889-8535
Fax: (800) 997-8192
Email: mark@moynihanlaw.net

Attorney for Debtor(s)

**Service by NEF**

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Stephen Russell Franks on behalf of Creditor Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
amps@manleydeas.com

Steven P Kelly on behalf of Creditor loanDepot.com, LLC
skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Brian Nicholas on behalf of Creditor MidFirst Bank
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

| | | |
|---|---|---|
| Chiurazzi Law Group<br>101 Smithfield St<br>Pittsburgh, PA 15222-2203 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | USAA Federal Savings Bank<br>c/o Weinstein & Riley, P.S<br>11101 West 120th Ave<br>Suite 280<br>Broomfield, CO 80021-2756 | loanDepot.com, LLC<br>c/o Stern & Eisenberg, PC<br>1581 Main Street<br>Suite 200<br>The Shops at Valley Square<br>Warrington, PA 18976-3403 |
| Account Control Technology Inc<br>21700 Oxnard St Ste 1860<br>Woodland Hills, CA 91367-7595 | Account Control Technology, Inc.<br>PO Box 471<br>Kings Mills, OH 45034-0471 | Accounts Receivable Services<br>806 E Crawford St<br>Salina, KS 67401-5106 |
| Allegheny Health Network<br>P.O. Box 645266<br>Pittsburgh, PA 15264-5250 | Ally<br>PO Box 380902<br>Bloomington, MN 55438-0902 | Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 |

| | | |
|---|---|---|
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Central States Recovery<br>P.O. Box 3130<br>Hutchinson, KS 67504-3130 |
| JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Clearview FCU<br>8805 University Blvd<br>Moon Township  PA 15108-4212 | Clearview Federal Credit Union<br>Attn: Bankruptcy<br>1453 Beers School Road<br>Coraopolis, PA 15108 |
| Dentalworks<br>7160 N. Dallas Parkway<br>Plano, TX 75024-7145 | Dentalworks<br>P.O. Box 64-3005<br>Cincinnati, OH 45264-3005 | FREEDOM FINANCIAL ASSET MANAGEMENT LLC<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 2340<br>PHOENIX AZ 85002-2340 |
| Freedom Debt Relief, LLC<br>Attn: Terminations<br>4940 S. Wendler Dr.<br>Tempe, AZ 85282-6320 | Gregg L. Morris, Esquire<br>Patenaude & Felix, A.P.C.<br>501 Corporate Drive<br>Southpointe Center, Ste 205<br>Canonsburg, PA 15317-8584 | Heritage Valley Health System<br>720 Blackburn Rd.<br>Sewickley, PA 15143-1498 |
| Heritage Valley Sewickley<br>PO Box 536366<br>Pittsburgh, PA 15253-5905 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| Kansas State University<br>211 Anderson Hall Student<br>Manhattan, KS 66506 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LoanDepot.com, LLC<br>C/O Cenlar FSB<br>BK Department,<br>425 Phillips Blvd<br>Ewing, NJ 08618-1430 |
| Loandepo.com<br>Attn:  Bankruptcy Dept<br>26642 Towne Center Dr<br>Foothill Ranch, CA 92610-2808 | MidFirst Bank<br>Bankruptcy Department<br>999 NW Grand Boulevard, #110<br>Oklahoma City, OK 73118-6051 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Navient<br>Attn: Bankruptcy<br>Po Box 9640<br>Wilkes-Barre, PA 18773-9640 | Navient Solutions, LLC on behalf of<br>Ascendium Education Solutions, Inc.<br>PO Box 8961<br>Madison, WI 53708-8961 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |

| | | |
|---|---|---|
| PayPal Credit SVCS/SYNCB<br>PO Box 960060<br>Orlando, FL 32896-0080 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Second Round Sub LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Sallie Mae<br>P.O. Box 3319<br>Wilmington, DE 19804-4319 | STATE COLLECTION SERVICE INC<br>2509 S STOUGHTON RD<br>MADISON WI 53716-3314 |
| Synchrony Bank<br>PO Box 965036<br>Orlando, FL 32896-5036 | UPMC<br>Quantum 1 Building<br>2 Hot Metal Street<br>Pittsburgh, PA 15203-2348 | UPMC Health Services<br>PO Box 1123<br>Minneapolis MN 55440-1123 |
| UPMC Magee Women's Hospital<br>300 Halket Street<br>Pittsburgh, PA 15213-3180 | UPMC Physician Services<br>PO Box 371980<br>Pittsburgh, PA 15250-7980 | USAA FEDERAL SAVINGS BANK<br>C/O: WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| USAA Federal Savings Bank<br>Attn: Bankruptcy<br>10750 Mcdermott Freeway<br>San Antonio, TX 78288-1600 | USDOE/GLELSI<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI 53707-7860 | University Account System, LLC<br>PO Box 918<br>Brookfield, WI 53008-0918 |
| Verizon<br>Verizon Wireless Bk Admin<br>500 Technology Dr Ste 550<br>Weldon Springs, MO 63304-2225 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | Wells Fargo Bank N.A., d/b/a<br>Wells Fargo Aut<br>PO Box 130000<br>Raleigh, NC 27605-1000 |
| Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>Po Box 19657<br>Irvine, CA 92623-9657 | World's Foremost Bank<br>Attn: Bankruptcy<br>4800 Nw 1st St<br>Lincoln, NE 68521-4463 | loanDepot.com, LLC<br>c/o Cenlar<br>PO Box 682<br>Pine Brook, NJ 07058-0682 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Stephen K. Ford<br>Stacy M. Ford<br>309 Ambridge Ave<br>Fair Oaks, PA 15003-1206 | |