IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 20-20471-CMB |
| STEPHEN K. FORD | |
| STACY M. FORD | |
|     Debtor | Chapter 13 |
| | |
| STEPHEN K. FORD | Doc. No. |
| STACY M. FORD | |
|     Movant | |
| | Related to Claim 21 |
| v. | |
| | |
| MIDFIRST BANK | |
| RONDA J. WINNECOUR | |
|     Respondent(s) | |

**DECLARATION OF PLAN SUFFICIENCY
FOR MORTGAGE PAYMENT CHANGES PURSUANT TO W.PA.LBR 3002-4(b)(2)**

1. On April 1, 2021, Midfirst Bank filed a Notice of Mortgage Payment Change indicating that the new total payment was $895.39.

2. The Debtors' Chapter 13 Plan, dated March 23, 2020, which was confirmed on September 2, 2020 includes a payment to Midfirst Bank or its predecessor of $902.03, which is sufficient to cover the new payment.

3. Contemporaneously with the filing of this declaration, the Chapter 13 Trustee and the affected creditor have been served with a copy of this declaration.

    Name of creditor: Midfirst Bank

    Court claim number: 21

Respectfully Submitted,

MOYNIHAN LAW PC

Dated: April 2, 2021    By:    /s/ Mark G. Moynihan
Mark G. Moynihan
PA ID No. 307622
2 Chatham Center, Suite 230
Pittsburgh, PA 15219
Phone: (412) 889-8535
Fax: (800) 997-8192
Email: mark@moynihanlaw.net

Attorney for Debtor(s)