IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>STEPHEN K. FORD<br>STACY M. FORD<br>    Debtor(s) | Bankruptcy No.  20-20471-CMB<br><br>Chapter 13<br><br>Related to Document No.  88, 89 |
| STEPHEN K. FORD<br>STACY M. FORD<br>    Movant(s) | Hearing Date: October 13, 2021 3:30PM |
|     v. | |
| RONDA J. WINNECOUR, TRUSTEE<br>    Respondent(s) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION FOR APPROVAL OF SETTLEMENT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on September 1, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 18, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

    Respectfully submitted,

    MOYNIHAN LAW PC

Dated:  September 21, 2021    By:    /s/ Mark G. Moynihan
    Mark G. Moynihan
    PA ID No. 307622
    2 Chatham Center, Suite 230
    Pittsburgh, PA 15219
    Phone:  (412) 889-8535
    Fax:  (800) 997-8192
    Email: mark@moynihanlaw.net

    Attorney for Debtors/Movants