IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>STEPHEN K. FORD<br>STACY M. FORD<br>Debtor(s) | Bankruptcy No. 20-20471-CMB<br><br>Chapter 13 |
| STEPHEN K. FORD<br>STACY M. FORD<br>Movant(s) | Related to: Document No. 88<br><br>**ENTERED BY DEFAULT** |
| v. | |
| RONDA J. WINNECOUR, TRUSTEE<br>Respondent(s) | |

### ORDER OF COURT

AND NOW, this __22nd__ day of __September__, 20 __21__, upon consideration of the Motion for Approval of Settlement, it is ORDERED, ADJUDGED and DECREED as follows:

1. The above referenced Motion is GRANTED.

2. The settlement between the Debtors, Stephen K. Ford and Stacy M. Ford and Kaitlynn O'Brien and Nationwide Insurance Companies is APPROVED.

3. Legal fees and costs payable to approved special counsel The Chiurazzi Law Group are APPROVED.

4. The proceeds of the $10,000.00 settlement shall be disbursed by The Chiurazzi Law Group as follows:

    a. $6,621.60 is approved to be paid to Stephen and Stacy Ford;

    b. $378.40 is approved to be paid to The Chiurazzi Law Group for costs incurred; and

    c. $3,000 is approved to be paid to The Chiurazzi Law Group for legal fees.

Carlota M. Böhm        glb
Chief United States Bankruptcy Judge

FILED
9/22/21 1:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20471-CMB |
| Stephen K. Ford | Chapter 13 |
| Stacy M. Ford | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Sep 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Stephen K. Ford, Stacy M. Ford, 309 Ambridge Ave, Fair Oaks, PA 15003-1206 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Mark G. Moynihan | on behalf of Joint Debtor Stacy M. Ford mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Plaintiff Stephen K. Ford mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Debtor Stephen K. Ford mark@moynihanlaw.net |

| District/off: 0315-2 | User: gamr | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan

on behalf of Plaintiff Stacy M. Ford mark@moynihanlaw.net
moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Stephen Russell Franks

on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

Steven P Kelly

on behalf of Creditor loanDepot.com LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 11