IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-20471-CMB |
|    Stephen K. Ford | : | Chapter 13 |
|                Debtor | : | |
|    Stacy M. Ford | : | |
|                Co-Debtor | : | Claim No. 13-1 |
| Movant | : | |
|    USAA Federal Savings Bank | : | |
|       v. | : | |
|    No Respondent | : | |
| | : | |

### NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

   Creditor Name:  USAA Federal Savings Bank

   Incorrect Address:  C/O Weinstein & Riley, PS
                      2001 Western Ave,
                      Suite 400
                      Seattle, WA 98121

Corrected Address:

   Creditor Name:  USAA Federal Savings Bank

   Correct Address: (Notices) Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                     10700 Abbott's Bridge Road, Suite 170
                     Duluth, GA  30097
                     Phone: 470-321-7112
                     (Payments) Consumer Payment Processing
                     Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                     PO Box 272310
                     Boca Raton, FL  33427

Phone: 561-241-6901
Dated: 11/4/2021

                                        **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                                        Attorney for Secured Creditor
                                        10700 Abbott's Bridge Rd., Suite 170
                                        Duluth, GA  30097
                                        Telephone: (470) 321-7112
                                        By: /s/ Charles G. Wohlrab
                                        Charles G. Wohlrab, Esquire
                                        PA Bar Number  314532
                                        Email: cwohlrab@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 8, 2021, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

STEPHEN K. FORD
309 AMBRIDGE AVE
FAIR OAKS, PA 15003

STACY M. FORD
309 AMBRIDGE AVE
FAIR OAKS, PA 15003

And via electronic mail to:

MARK G. MOYNIHAN
MOYNIHAN LAW, P.C.
2 CHATHAM CTR STE 230
PITTSBURGH, PA 15219

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

By: /s/Emely Correa