**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/13/2025

IN RE:

STEPHEN K. FORD
STACY M. FORD
309 AMBRIDGE AVE
FAIR OAKS, PA 15003
XXX-XX-3240            Debtor(s)

XXX-XX-2413

Case No. 20-20471 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/13/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SYNCHRONY BANK**\*\*<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PAYPAL/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 0779 |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 2    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **STERN & EISENBERG LP**<br>1581 MAIN ST STE 200<br>THE SHOPPES AT VALLEY SQUARE<br>WARRINGTON, PA  18976 | Trustee Claim Number: 3    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LOAN DEPOT/PRAE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **GRB LAW**\*\*<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 4    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK(\*)**<br>PAYMENT PROCESSING CENTER\*<br>PO BOX 660618<br>DALLAS, TX  75266-0618 | Trustee Claim Number: 5    INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 0.00<br>COMMENT: CL10GOV\*31004.85@3.69%/PL@PIF\*599.60/MO\*554.99X60+2=LMT | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7743 |
| **WELLS FARGO BANK NA D/B/A WELLS FARGO**<br>PO BOX 17900<br>DENVER, CO  80217-0900 | Trustee Claim Number: 6    INT %: 3.69%<br>Court Claim Number: 4<br>CLAIM: 10,000.00<br>COMMENT: $-%/STIP OE-CONF\*7967@3.69%/PL\*W/47\*DK | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5067 |
| **MIDFIRST BANK SSB**\*<br>ATTN BANKRUPTCY TRUSTEE PMTS\*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 0.00<br>COMMENT: PMT/DCLAR\*902.03/PL\*DKT4PMT-LMT\*BGN 3/20\*FR LOANDEPOT-DOC 68 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 7888 |
| **INTERNAL REVENUE SERVICE**\*<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NO YRS~NTC ONLY/SCH | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE**\*<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA  17128-0946 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 468.00<br>COMMENT: $@0%/PL\*19/SCH-PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: |
| **ACCOUNTS RECEIVABLE SVC CORP**<br>2173 MACDADE BLVD STE K<br>HOLMES, PA  19043 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim | Court Claim | Claim Amount | Comment | Cred Desc | Account No. |
|---|---|---|---|---|---|---|
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br>PITTSBURGH, PA 15264-5266 | 11 | | 0.00 | NO$/SCH | UNSECURED CREDITOR | |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | 12 | 5 | 869.48 | CAP ONE | UNSECURED CREDITOR | 9027 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | 13 | 6 | 558.30 | CAP ONE | UNSECURED CREDITOR | 8018 |
| **CENTRAL STATES**<br>POB 3130<br>HUTCHINSON, KS 67504-3130 | 14 | | 0.00 | NO$/SCH | UNSECURED CREDITOR | |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | 15 | 9 | 14,245.90 | | UNSECURED CREDITOR | 0984 |
| **CHASE CARD SERVICES\*\***<br>PO BOX 15298<br>WILMINGTON, DE 19850 | 16 | | 0.00 | | UNSECURED CREDITOR | 3335 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | 17 | 7 | 3,168.93 | | UNSECURED CREDITOR | 0151 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | 18 | 8 | 544.06 | | UNSECURED CREDITOR | 9773 |
| **CLEARVIEW FCU\*\***<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA 15108-4212 | 19 | 20 | 4,900.68 | SIGNED@SEAL 7/18/2019 | UNSECURED CREDITOR | 2564 |
| **DENTAL WORKS**<br>517 CLAIRTON BLVD<br>PLEASANT HILLS, PA 15236 | 20 | | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 9853 |

All trustee claims INT %: 0.00%

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **FREEDOM DEBT RELIEF**<br>1875 SOUTH GRANT ST STE 400<br>SAN MATEO, CA 94402 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **HERITAGE VALLEY HEALTH SYSTEM**<br>720 BLACKBURN RD<br>SEWICKLEY, PA 15143 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **HERITAGE VALLEY HEALTH SYSTEM**<br>720 BLACKBURN RD<br>SEWICKLEY, PA 15143 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7400 |
| **HERITAGE VALLEY HEALTH SYSTEM**<br>720 BLACKBURN RD<br>SEWICKLEY, PA 15143 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5583 |
| **KANSAS STATE UNIVERSITY**<br>211 ANDERSON HALL STUDENT<br>MANHATTAN, KS 66506 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5280 |
| **NAVIENT**<br>PO BOX 9500<br>WILKES-BARRE, PA 18773-9500 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1173 |
| **NAVIENT SOLUTIONS LLC O/B/O ASCENDIUM E**<br>C/O ASCENDIUM EDUCATION SOLUTIONS INC<br>PO BOX 809142<br>CHICAGO, IL 60680 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 665.03<br>COMMENT: X2941/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2413 |
| **NAVIENT**<br>PO BOX 9500<br>WILKES-BARRE, PA 18773-9500 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0218 |
| **NAVIENT SOLUTIONS LLC O/B/O ASCENDIUM E**<br>C/O ASCENDIUM EDUCATION SOLUTIONS INC<br>PO BOX 809142<br>CHICAGO, IL 60680 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 147.81<br>COMMENT: X0111/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2413 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 2,135.32<br>COMMENT: X5633/SCH*PAYPAY*GEMB*GECRB*FR SYNCHRONY BANK-DOC 99 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5633 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SYNCHRONY BANK BY AIS INFOSOURCE LP AS** <br> DEPT 888 PO BOX 4457 <br> HOUSTON, TX 77210-4457 | Trustee Claim Number: 31  INT %: 0.00% <br> Court Claim Number: 22 <br> CLAIM: 2,427.76 <br> COMMENT: MIDAS*SYNCC*GEMB*GECRB | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6580 |
| **UPMC HEALTH SERVICES** <br> C/O DCM SERVICES/BANKRUPTCY <br> PO BOX 1123 <br> MINNEAPOLIS, MN 55440 | Trustee Claim Number: 32  INT %: 0.00% <br> Court Claim Number: 17 <br> CLAIM: 2,840.75 <br> COMMENT: X6569/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3240 |
| **UPMC HEALTH SERVICES** <br> C/O DCM SERVICES/BANKRUPTCY <br> PO BOX 1123 <br> MINNEAPOLIS, MN 55440 | Trustee Claim Number: 33  INT %: 0.00% <br> Court Claim Number: 14-2 <br> CLAIM: 1,974.33 <br> COMMENT: MAGEE HOSPITAL*AMD | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2413 |
| **UPMC PHYSICIAN SERVICES** <br> C/O DCM SERVICES/BANKRUPTCY <br> PO BOX 1123 <br> MINNEAPOLIS, MN 55440 | Trustee Claim Number: 34  INT %: 0.00% <br> Court Claim Number: 15-2 <br> CLAIM: 1,751.06 <br> COMMENT: AMD | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2413 |
| **USAA FEDERAL SAVINGS BANK** <br> C/O CONSUMER PAYMENT PROCESSING - RAS <br> PO BOX 272310 <br> BOCA RATON, FL 33427 | Trustee Claim Number: 35  INT %: 0.00% <br> Court Claim Number: 13 <br> CLAIM: 8,918.82 <br> COMMENT: COA~DOC 96 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0101 |
| **US DEPARTMENT OF EDUCATION\*\*** <br> C/O GREAT LAKES HIGHER EDUCATIONAL GUAR <br> PO BOX 7858 <br> MADISON, WI 53708-7858 | Trustee Claim Number: 36  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8581 |
| **US DEPARTMENT OF EDUCATION\*\*** <br> C/O GREAT LAKES HIGHER EDUCATIONAL GUAR <br> PO BOX 7858 <br> MADISON, WI 53708-7858 | Trustee Claim Number: 37  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8581 |
| **VERIZON WIRELESS** <br> 500 TECHNOLOGY DR STE 550 <br> ATTN ADMINISTRATION <br> WELDON SPRING, MO 63304 | Trustee Claim Number: 38  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0001 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC** <br> PO BOX 12914 <br> NORFOLK, VA 23541 | Trustee Claim Number: 39  INT %: 0.00% <br> Court Claim Number: 12 <br> CLAIM: 592.88 <br> COMMENT: CAP ONE*CABELAS | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9480 |
| **GREGG L MORRIS ESQ++** <br> PATENAUDE & FELIX APC <br> 501 CORPORATE DRIVE <br> SOUTHPOINTE CENTER SUITE 205 <br> CANONSBURG, PA 15317 | Trustee Claim Number: 40  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SALLIE MAE**<br>PO BOX 9000<br><br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **THE CHIURAZZI LAW GROUP**<br>101 SMITHFIELD ST<br><br>PITTSBURGH, PA 15222 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br><br>WARREN, MI 48090 | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number:19<br>CLAIM: 635.05<br>COMMENT: NT/SCH*SYNCHRONY*ZULILY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8120 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br><br>HOUSTON, TX 77210-4457 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 173.08<br>COMMENT: NT/SCH*CHARGE OFF 12/31/2018 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 1,636.34<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3240 |
| **WELLS FARGO BANK NA D/B/A WELLS FARGO**<br>PO BOX 17900<br><br>DENVER, CO 80217-0900 | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 6,405.65<br>COMMENT: $/STIP OE*NO GEN UNS/SCH*W/6 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5067 |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number:48  INT %: 0.00%<br>Court Claim Number:21<br>CLAIM: 73.46<br>COMMENT: CL21GOV*$0/PL*THRU 2/20*FR LOANDEPOT-DOC 68 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7888 |
| **MANLEY DEAS KOCHALSKI LLC**<br>PO BOX 165028<br><br>COLUMBUS, OH 43216-5028 | Trustee Claim Number:49  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WELLS FARGO BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:50  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 438.66<br>COMMENT: NT/SCH*SYNCHRONY*TJX | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5209 |

| Creditor | Trustee Claim Info | Cred Desc / Account |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - SECOND ROUN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number: 11-2<br>CLAIM: 5,081.95<br>COMMENT: NT/SCH*SYNCHRONY BANK*GE CAP RETAIL*PAYPAL*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0779 |
| **WELLS FARGO BANK NA D/B/A WELLS FARGO**<br>PO BOX 17900<br>DENVER, CO 80217-0900 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CREATED IN ERROR | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MIDFIRST BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ALLY BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |