IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>STEPHEN K. FORD<br>STACY M. FORD<br>    Debtor(s)<br><br>MOYNIHAN LAW PC<br>    Movant(s)<br><br>    v.<br><br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent(s) | Bankruptcy No. 20-20471-CMB<br><br>Chapter 13<br><br>Document No. 113, 114<br><br>Hearing Date and Time: May 21, 2025 at 1:30 PM |

## CERTIFICATION OF NO OBJECTION REGARDING
## APPLICATION OF MOYNIHAN LAW, P.C., COUNSEL TO THE DEBTOR, FOR
## FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on **March 26, 2025** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Summary Cover Sheet and Notice of Hearing, objections to the Application were to be filed and served no later than **April 12, 2025.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated:  April 15, 2025

/s/ Mark G. Moynihan
Mark G. Moynihan, Esquire
Attorney for Debtor(s)
PA I.D. No. 307622

Moynihan Law, P.C.
P.O. Box 350745
Westminster, CO 80035
Phone:  (412) 889-8535
Email: markgmoynihan@yahoo.com