IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>STEPHEN K. FORD<br>STACY M. FORD<br>    Debtor(s) | Bankruptcy No. 20-20471-CMB<br><br>Chapter 13 |
| MOYNIHAN LAW PC<br>    Movant(s)<br><br>v.<br><br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent(s) | Related to: Document No. 113<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this __16th__ day of __April__, 20 __25__, the **Application of Moynihan Law, P.C., Counsel to the Debtor(s), for Final Compensation and Reimbursement of Expenses** is approved for legal services rendered on behalf of the Debtor(s) for the period between **November 23, 2019** through **February 28, 2025** in the *total* amount of **$6,500.00**, which represents $6,000.00 in counsel fees and $500.00 in costs.

After deducting the amounts previously paid to Applicant or approved to be paid to Applicant, the amount of $2,000.00 remains payable, consisting of $2,000.00 for counsel fees (a discounted fee) and $0.00 for costs.

The Debtor(s) will amend their Chapter 13 Plan to accommodate the additional approved counsel fees and costs within fourteen (14) days of this Order.

BY THE COURT:

SIGNED
4/16/25 4:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm   glb
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20471-CMB |
| Stephen K. Ford | Chapter 13 |
| Stacy M. Ford | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 17, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen K. Ford, Stacy M. Ford, 309 Ambridge Ave, Fair Oaks, PA 15003-1206 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2025         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor USAA Federal Savings Bank bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mark G. Moynihan | on behalf of Joint Debtor Stacy M. Ford markgmoynihan@yahoo.com moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Plaintiff Stephen K. Ford markgmoynihan@yahoo.com moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 17, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Mark G. Moynihan
    on behalf of Debtor Stephen K. Ford markgmoynihan@yahoo.com
    moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
    on behalf of Plaintiff Stacy M. Ford markgmoynihan@yahoo.com
    moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Shawn N. Wright
    on behalf of Debtor Stephen K. Ford shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Joint Debtor Stacy M. Ford shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Stephen Russell Franks
    on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

Steven P Kelly
    on behalf of Creditor loanDepot.com  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 14