| Fill in this information to identify the case: |
|---|
| Debtor 1    Stephen K. Ford |
| Debtor 2    Stacy  M. Ford <br> (Spouse, if filing) |
| United States Bankruptcy Court for the: <u>Western</u> District of <u>PA</u> |
| Case number   <u>20-20471 CMB</u> |

Form 4100R

# Response to Notice of Final Cure Payment                                     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:   Mortgage Information

**Name of Creditor:**     MIDFIRST BANK                          **Court claim no.** (if known):   21

**Last 4 digits** of any number you use to identify the debtor's account:    7888
**Property address:**
   309 Ambridge Avenue
   Fair Oaks, PA 15003

### Part 2:   Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                    $ _____

### Part 3:   Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with
§ 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:      06 / 01 / 2025

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.   Total postpetition ongoing payments due:                                    (a)    $ _____
b.   Total fees, charges, expenses, escrow, and costs outstanding:           + (b)    $ _____
c.   **Total.** Add lines a and b.                                                (c)    $ _____

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

| Debtor(s) | Stephen K. Ford and Stacy M. Ford | Case Number *(if known)*: 20-20471 CMB |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5:  Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ Matthew Fissel                              Date     05/22/2025
Matthew Fissel
22 May 2025, 13:19:16, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stephen K. Ford aka Stephen Kent Ford<br>Stacy M. Ford aka Stacy Marie Ford fka Stacy M. Woody fka Stacy Marie Woody<br>　　　　　　　　　Debtor(s) | BK NO. 20-20471 CMB<br><br>Chapter 13<br><br>Related to Claim No. 21 |
| **MIDFIRST BANK**<br>　　　　　　　　　Movant<br>　　　vs.<br><br>**Stephen K. Ford aka Stephen Kent Ford**<br>**Stacy M. Ford aka Stacy Marie Ford fka Stacy M. Woody fka Stacy Marie Woody**<br>　　　　　　　　　Debtor(s)<br><br>**Ronda J. Winnecour**,<br>　　　　　　　　　Trustee | |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>May 22, 2025</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Stephen K. Ford aka Stephen Kent Ford
309 Ambridge Avenue
Fair Oaks, PA 15003

Stacy M. Ford aka Stacy Marie Ford fka Stacy M. Woody fka Stacy Marie Woody
309 Ambridge Avenue
Fair Oaks, PA 15003

<u>Attorney for Debtor(s) (via ECF)</u>
Mark G. Moynihan
Moynihan Law, P.C.
2 Chatham Ctr Ste 230
PA 15219

<u>Trustee (via ECF)</u>
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first-class mail

Dated: <u>May 22, 2025</u>

　　　　　　　　　　　　　　　　　　**/s/ Matthew Fissel**
　　　　　　　　　　　　　　　　　　Matthew Fissel
　　　　　　　　　　　　　　　　　　Attorney I.D. 314567
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　mfissel@kmllawgroup.com