**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>STEPHEN K. FORD<br>STACY M. FORD<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>     vs.<br>No Respondents. | Case No.:20-20471<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

May 23, 2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/08/2020 and confirmed on 6/4/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 117,892.00 |
| Less Refunds to Debtor | 679.88 | |
| TOTAL AMOUNT OF PLAN FUND | | 117,212.12 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 6,000.00 | |
|     Trustee Fee | 6,110.91 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,110.91 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 56,490.97 | 0.00 | 56,490.97 |
|     Acct: 7888 | | | | |
|   MIDFIRST BANK SSB* | 73.46 | 73.46 | 0.00 | 73.46 |
|     Acct: 7888 | | | | |
|   ALLY BANK(*) | 0.00 | 34,409.38 | 0.00 | 34,409.38 |
|     Acct: 7743 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS F/ | 10,000.00 | 10,000.00 | 1,700.94 | 11,700.94 |
|     Acct: 5067 | | | | |
| | | | | 102,674.75 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEPHEN K. FORD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEPHEN K. FORD | 679.88 | 679.88 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MOYNIHAN LAW PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK G MOYNIHAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK G MOYNIHAN ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK G MOYNIHAN ESQ | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX7-25 | | | | |
|   PA DEPARTMENT OF REVENUE* | 468.00 | 468.00 | 0.00 | 468.00 |
|     Acct: | | | | |
| | | | | 468.00 |
| **Unsecured** | | | | |
|   ACCOUNTS RECEIVABLE SVC CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 869.48 | 28.33 | 0.00 | 28.33 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 9027 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 558.30 | 18.19 | 0.00 | 18.19 |
| | Acct: 8018 | | | | |
| | CENTRAL STATES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CH | 14,245.90 | 464.13 | 0.00 | 464.13 |
| | Acct: 0984 | | | | |
| | CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3335 | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CH | 3,168.93 | 103.24 | 0.00 | 103.24 |
| | Acct: 0151 | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CH | 544.06 | 17.73 | 0.00 | 17.73 |
| | Acct: 9773 | | | | |
| | CLEARVIEW FCU** | 4,900.68 | 159.66 | 0.00 | 159.66 |
| | Acct: 2564 | | | | |
| | DENTAL WORKS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9853 | | | | |
| | FREEDOM DEBT RELIEF | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | HERITAGE VALLEY HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | HERITAGE VALLEY HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7400 | | | | |
| | HERITAGE VALLEY HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5583 | | | | |
| | KANSAS STATE UNIVERSITY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5280 | | | | |
| | NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1173 | | | | |
| | NAVIENT SOLUTIONS LLC O/B/O ASCEND | 665.03 | 21.67 | 0.00 | 21.67 |
| | Acct: 2413 | | | | |
| | NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0218 | | | | |
| | NAVIENT SOLUTIONS LLC O/B/O ASCEND | 147.81 | 4.82 | 0.00 | 4.82 |
| | Acct: 2413 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - | 2,135.32 | 69.57 | 0.00 | 69.57 |
| | Acct: 5633 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 2,427.76 | 79.10 | 0.00 | 79.10 |
| | Acct: 6580 | | | | |
| | UPMC HEALTH SERVICES | 2,840.75 | 92.55 | 0.00 | 92.55 |
| | Acct: 3240 | | | | |
| | UPMC HEALTH SERVICES | 1,974.33 | 64.32 | 0.00 | 64.32 |
| | Acct: 2413 | | | | |
| | UPMC PHYSICIAN SERVICES | 1,751.06 | 57.05 | 0.00 | 57.05 |
| | Acct: 2413 | | | | |
| | USAA FEDERAL SAVINGS BANK | 8,918.82 | 290.58 | 0.00 | 290.58 |
| | Acct: 0101 | | | | |
| | US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8581 | | | | |
| | US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8581 | | | | |
| | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LL | 592.88 | 19.32 | 0.00 | 19.32 |
| | Acct: 9480 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 635.05 | 20.69 | 0.00 | 20.69 |
| | Acct: 8120 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE A | 173.08 | 5.64 | 0.00 | 5.64 |
| | Acct: 0001 | | | | |
| | UPMC PHYSICIAN SERVICES | 1,636.34 | 53.31 | 0.00 | 53.31 |

20-20471                                                                                                          Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 3240 | | | | |
|     WELLS FARGO BANK NA D/B/A WELLS FA | 6,405.65 | 208.70 | 0.00 | 208.70 |
|     Acct: 5067 | | | | |
|     LVNV FUNDING LLC | 438.66 | 14.29 | 0.00 | 14.29 |
|     Acct: 5209 | | | | |
|     QUANTUM3 GROUP LLC AGNT - SECOND | 5,081.95 | 165.57 | 0.00 | 165.57 |
|     Acct: 0779 | | | | |
|     SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0779 | | | | |
|     BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     THE CHIURAZZI LAW GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     WELLS FARGO BANK NA D/B/A WELLS FA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     AIS PORTFOLIO SERVICES (AMERICAN II | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     GREGG L MORRIS ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     SALLIE MAE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 1,958.46 |

TOTAL PAID TO CREDITORS                                                                              105,101.21

  TOTAL CLAIMED
  PRIORITY                   468.00
  SECURED                10,073.46
  UNSECURED            60,111.84

Date: 05/23/2025

/s/ Ronda J. Winnecour
_____
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
STEPHEN K. FORD
STACY M. FORD
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:20-20471

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Stephen K. Ford  
Stacy M. Ford  
    Debtors

Case No. 20-20471-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 5  
Date Rcvd: May 27, 2025      Form ID: pdf900      Total Noticed: 66

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen K. Ford, Stacy M. Ford, 309 Ambridge Ave, Fair Oaks, PA 15003-1206 |
| aty | + | Chiurazzi Law Group, 101 Smithfield St, Pittsburgh, PA 15222-2203 |
| cr | + | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S, 11101 West 120th Ave, Suite 280, Broomfield, CO 80021-2756 |
| 15244142 | + | Account Control Technology Inc, 21700 Oxnard St Ste 1860, Woodland Hills, CA 91367-7595 |
| 15197070 | + | Account Control Technology, Inc., PO Box 471, Kings Mills, OH 45034-0471 |
| 15197071 | + | Accounts Receivable Services, 806 E Crawford St, Salina, KS 67401-5106 |
| 15197078 | | Clearview Federal Credit Union, Attn: Bankruptcy, 1453 Beers School Road, Coraopolis, PA 15108 |
| 15197080 | + | Dentalworks, 7160 N. Dallas Parkway, Plano, TX 75024-7145 |
| 15197084 | | Heritage Valley Health System, 720 Blackburn Rd., Sewickley, PA 15143-1498 |
| 15197085 | + | Heritage Valley Sewickley, PO Box 536366, Pittsburgh, PA 15253-5905 |
| 15197087 | | Kansas State University, 211 Anderson Hall Student, Manhattan, KS 66506 |
| 15197089 | + | LoanDepot, PO Box 77407, Trenton, NJ 08628-6407 |
| 15197099 | + | UPMC Magee Women's Hospital, 300 Halket Street, Pittsburgh, PA 15213-3180 |
| 15197100 | | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 15204093 | + | loanDepot.com, LLC, c/o Cenlar, PO Box 682, Pine Brook, NJ 07058-0682 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 28 2025 04:08:38 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 28 2025 04:08:21 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | May 28 2025 03:51:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2025 04:18:56 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2025 04:08:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 28 2025 03:49:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 28 2025 04:08:30 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 20-20471-CMB   Doc 125   Filed 05/29/25   Entered 05/30/25 00:37:06   Desc
Imaged Certificate of Notice   Page 7 of 10

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: May 27, 2025 | Form ID: pdf900 | Total Noticed: 66 |

| | | | | |
|---|---|---|---|---|
| cr | | ^ MEBN | May 28 2025 03:47:53 | loanDepot.com, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 15197069 | + | Email/Text: bankruptcy-Letters@accountcontrolholdings.com May 28 2025 03:51:00 | | Account Control Technology, Inc., 5300 Kings Island Drive, Dept. 116396131 - DN01, Mason, OH 45040-2668 |
| 15197072 | | ^ MEBN | May 28 2025 03:48:31 | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 15197073 | | Email/Text: ally@ebn.phinsolutions.com | May 28 2025 03:49:00 | Ally, PO Box 380902, Bloomington, MN 55438-0902 |
| 15220648 | | Email/Text: ally@ebn.phinsolutions.com | May 28 2025 03:49:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15197076 | | Email/Text: centralstates@csrecovery.com | May 28 2025 03:50:00 | Central States Recovery, P.O. Box 3130, Hutchinson, KS 67501-3130 |
| 15197074 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2025 03:57:01 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15197075 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2025 04:08:08 | Capital One, Customer Center, P.O. Box 30258, Salt Lake City, UT 84130-0258 |
| 15215074 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2025 03:57:48 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15197077 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 28 2025 04:08:08 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15228308 | + | Email/Text: bankruptcy@clearviewfcu.org | May 28 2025 03:50:00 | Clearview FCU, 8805 University Blvd, Moon Township PA 15108-4212 |
| 15197079 | | ^ MEBN | May 28 2025 03:49:55 | Dentalworks, P.O. Box 64-3005, Cincinnati, OH 45264-3005 |
| 15197082 | | Email/Text: bk@freedomfinancialnetwork.com | May 28 2025 03:49:00 | Freedom Debt Relief, LLC, 1875 S. Grant St., Suite 400, San Mateo, CA 94402 |
| 15197081 | + | Email/Text: bk@freedomfinancialnetwork.com | May 28 2025 03:49:00 | Freedom Debt Relief, LLC, Attn: Terminations, 4940 S. Wendler Dr., Tempe, AZ 85282-6300 |
| 15197086 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 28 2025 03:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15216476 | + | Email/Text: RASEBN@raslg.com | May 28 2025 03:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15207719 | | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2025 04:29:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15231246 | + | Email/Text: BKelectronicnotices@cenlar.com | May 28 2025 03:49:00 | LoanDepot.com, LLC, C/O Cenlar FSB, BK Department,, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 15197088 | + | Email/Text: bknotification@loandepot.com | May 28 2025 03:51:00 | Loandepo.com, Attn: Bankruptcy Dept, 26642 Towne Center Dr, Foothill Ranch, CA 92610-2808 |
| 15267386 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 28 2025 04:08:38 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15227727 | + | Email/Text: bankruptcydpt@mcmcg.com | May 28 2025 03:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15197090 | + | Email/PDF: Bankruptcy_Prod@mohela.com | May 28 2025 04:08:03 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15197091 | + | Email/PDF: Bankruptcy_Prod@mohela.com | May 28 2025 03:57:47 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |

| Recipient ID | | Notice Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 15203091 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | May 28 2025 03:49:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 15508966 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2025 03:56:37 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15222768 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2025 04:08:25 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15197092 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 03:56:55 | PayPal Credit SVCS/SYNCB, PO Box 960060, Orlando, FL 32896-0080 |
| 15197093 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 28 2025 03:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15220990 | | Email/Text: bnc-quantum@quantum3group.com | May 28 2025 03:50:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15197095 | | Email/Text: amieg@stcol.com | May 28 2025 03:49:00 | State Collection Service, Inc., 2509 S. Stoughton Rd, Madison, WI 53716 |
| 15197094 | | Email/Text: ebn_bkrt_forms@salliemae.com | May 28 2025 03:51:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15197256 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 28 2025 03:57:04 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 15197096 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 03:56:52 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 15197098 | + | Email/Text: BankruptcyNotice@upmc.edu | May 28 2025 03:51:00 | UPMC, Quantum 1 Building, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 15224936 | | Email/Text: BNCnotices@dcmservices.com | May 28 2025 03:50:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15224951 | | Email/Text: BNCnotices@dcmservices.com | May 28 2025 03:50:00 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15223143 | + | Email/Text: RASEBN@raslg.com | May 28 2025 03:49:00 | USAA FEDERAL SAVINGS BANK, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15197101 | + | Email/Text: bkelectronicnotices@usaa.com | May 28 2025 03:49:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 15197102 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 28 2025 03:50:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15197103 | + | Email/Text: wfmelectronicbankrutpcynotifications@verizonwireless.com | May 28 2025 03:49:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15226973 | | Email/PDF: ebn_ais@aisinfo.com | May 28 2025 04:18:58 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15209765 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | May 28 2025 04:08:08 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 15197104 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | May 28 2025 04:08:33 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 15197105 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2025 03:57:37 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 51

## BYPASSED RECIPIENTS

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: May 27, 2025 | Form ID: pdf900 | Total Noticed: 66 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | *+ | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 15231314 | *+ | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| aty | ##+ | Moynihan Law, P.C., 2 Chatham Center, Suite 230, Pittsburgh, PA 15219-3467 |
| 15197083 | ##+ | Gregg L. Morris, Esquire, Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe Center, Ste 205, Canonsburg, PA 15317-8584 |
| 15197097 | ## | University Account System, LLC, PO Box 918, Brookfield, WI 53008-0918 |

TOTAL: 1 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2025                      Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor USAA Federal Savings Bank bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mark G. Moynihan | on behalf of Debtor Stephen K. Ford markgmoynihan@yahoo.com moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Plaintiff Stacy M. Ford markgmoynihan@yahoo.com moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Joint Debtor Stacy M. Ford markgmoynihan@yahoo.com moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Plaintiff Stephen K. Ford markgmoynihan@yahoo.com moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Shawn N. Wright | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: May 27, 2025 | Form ID: pdf900 | Total Noticed: 66 |

| | |
|---|---|
| | on behalf of Joint Debtor Stacy M. Ford shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Shawn N. Wright | |
| | on behalf of Debtor Stephen K. Ford shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Stephen Russell Franks | |
| | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| Steven P Kelly | |
| | on behalf of Creditor loanDepot.com  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 15