| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Stephen K. Ford<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–3240<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Stacy M. Ford<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–2413<br>EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   20–20471–CMB | | |

# Order of Discharge                                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Stephen K. Ford
aka Stephen Kent Ford

Stacy M. Ford
aka Stacy Marie Ford, fka Stacy M. Woody, fka Stacy Marie Woody

7/18/25

**By the court:** Carlota M Bohm
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W         **Chapter 13 Discharge**         page 2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20471-CMB |
| Stephen K. Ford | Chapter 13 |
| Stacy M. Ford | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Jul 18, 2025 | Form ID: 3180W | Total Noticed: 67 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen K. Ford, Stacy M. Ford, 309 Ambridge Ave, Fair Oaks, PA 15003-1206 |
| aty | + | Chiurazzi Law Group, 101 Smithfield St, Pittsburgh, PA 15222-2203 |
| cr | + | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S, 11101 West 120th Ave, Suite 280, Broomfield, CO 80021-2756 |
| 15244142 | + | Account Control Technology Inc, 21700 Oxnard St Ste 1860, Woodland Hills, CA 91367-7595 |
| 15197070 | + | Account Control Technology, Inc., PO Box 471, Kings Mills, OH 45034-0471 |
| 15197071 | + | Accounts Receivable Services, 806 E Crawford St, Salina, KS 67401-5106 |
| 15197078 | | Clearview Federal Credit Union, Attn: Bankruptcy, 1453 Beers School Road, Coraopolis, PA 15108 |
| 15197080 | + | Dentalworks, 7160 N. Dallas Parkway, Plano, TX 75024-7145 |
| 15197084 | | Heritage Valley Health System, 720 Blackburn Rd., Sewickley, PA 15143-1498 |
| 15197085 | + | Heritage Valley Sewickley, PO Box 536366, Pittsburgh, PA 15253-5905 |
| 15197087 | | Kansas State University, 211 Anderson Hall Student, Manhattan, KS 66506 |
| 15197089 | + | LoanDepot, PO Box 77407, Trenton, NJ 08628-6407 |
| 15197099 | + | UPMC Magee Women's Hospital, 300 Halket Street, Pittsburgh, PA 15213-3180 |
| 15197100 | | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 15204093 | + | loanDepot.com, LLC, c/o Cenlar, PO Box 682, Pine Brook, NJ 07058-0682 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 19 2025 04:01:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jul 19 2025 04:01:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jul 19 2025 04:01:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jul 19 2025 00:18:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | EDI: PRA.COM | Jul 19 2025 04:01:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Jul 19 2025 04:01:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 19 2025 00:17:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, |

| Recipient | Symbol | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | PA 15233-1828 |
| cr | + | EDI: AISACG.COM | Jul 19 2025 04:01:00 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Jul 19 2025 00:02:51 | loanDepot.com, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 15197069 | + | Email/Text: bankruptcy-Letters@accountcontrolholdings.com | Jul 19 2025 00:18:00 | Account Control Technology, Inc., 5300 Kings Island Drive, Dept. 116396131 - DN01, Mason, OH 45040-2668 |
| 15197072 | ^ | MEBN | Jul 19 2025 00:02:53 | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 15197073 | | EDI: GMACFS.COM | Jul 19 2025 04:01:00 | Ally, PO Box 380902, Bloomington, MN 55438-0902 |
| 15220648 | | EDI: GMACFS.COM | Jul 19 2025 04:01:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15197076 | | Email/Text: centralstates@csrecovery.com | Jul 19 2025 00:18:00 | Central States Recovery, P.O. Box 3130, Hutchinson, KS 67501-3130 |
| 15197074 | + | EDI: CAPITALONE.COM | Jul 19 2025 04:01:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15197075 | | EDI: CAPITALONE.COM | Jul 19 2025 04:01:00 | Capital One, Customer Center, P.O. Box 30258, Salt Lake City, UT 84130-0258 |
| 15215074 | | EDI: CAPITALONE.COM | Jul 19 2025 04:01:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15197077 | + | EDI: JPMORGANCHASE | Jul 19 2025 04:01:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15228308 | + | Email/Text: bankruptcy@clearviewfcu.org | Jul 19 2025 00:18:00 | Clearview FCU, 8805 University Blvd, Moon Township PA 15108-4212 |
| 15197079 | ^ | MEBN | Jul 19 2025 00:03:12 | Dentalworks, P.O. Box 64-3005, Cincinnati, OH 45264-3005 |
| 15197082 | | Email/Text: bk@freedomfinancialnetwork.com | Jul 19 2025 00:17:00 | Freedom Debt Relief, LLC, 1875 S. Grant St., Suite 400, San Mateo, CA 94402 |
| 15197081 | + | Email/Text: bk@freedomfinancialnetwork.com | Jul 19 2025 00:17:00 | Freedom Debt Relief, LLC, Attn: Terminations, 4940 S. Wendler Dr., Tempe, AZ 85282-6300 |
| 15197086 | | EDI: IRS.COM | Jul 19 2025 04:01:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15216476 | + | Email/Text: RASEBN@raslg.com | Jul 19 2025 00:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15207719 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2025 00:19:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15231246 | + | Email/Text: BKelectronicnotices@cenlar.com | Jul 19 2025 00:17:00 | LoanDepot.com, LLC, C/O Cenlar FSB, BK Department,, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 15197088 | + | Email/Text: bknotification@loandepot.com | Jul 19 2025 00:18:00 | Loandepo.com, Attn: Bankruptcy Dept, 26642 Towne Center Dr, Foothill Ranch, CA 92610-2808 |
| 15267386 | + | EDI: AISMIDFIRST | Jul 19 2025 04:01:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15227727 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 19 2025 00:18:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15197090 | + | Email/PDF: Bankruptcy_Prod@mohela.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 19 2025 00:32:49 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15197091 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 19 2025 00:20:38 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 15203091 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jul 19 2025 00:17:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 15508966 | | EDI: PRA.COM | Jul 19 2025 04:01:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15222768 | | EDI: PRA.COM | Jul 19 2025 04:01:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15197092 | | EDI: SYNC | Jul 19 2025 04:01:00 | PayPal Credit SVCS/SYNCB, PO Box 960060, Orlando, FL 32896-0080 |
| 15197093 | | EDI: PENNDEPTREV | Jul 19 2025 04:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15220990 | | EDI: Q3G.COM | Jul 19 2025 04:01:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15197095 | | Email/Text: amieg@stcol.com | Jul 19 2025 00:17:00 | State Collection Service, Inc., 2509 S. Stoughton Rd, Madison, WI 53716 |
| 15197094 | | EDI: SALLIEMAEBANK.COM | Jul 19 2025 04:01:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15197256 | + | EDI: AIS.COM | Jul 19 2025 04:01:00 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 15197096 | + | EDI: SYNC | Jul 19 2025 04:01:00 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 15197098 | + | Email/Text: BankruptcyNotice@upmc.edu | Jul 19 2025 00:18:00 | UPMC, Quantum 1 Building, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 15224936 | | Email/Text: BNCnotices@dcmservices.com | Jul 19 2025 00:17:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15224951 | | Email/Text: BNCnotices@dcmservices.com | Jul 19 2025 00:17:00 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15223143 | + | Email/Text: RASEBN@raslg.com | Jul 19 2025 00:17:00 | USAA FEDERAL SAVINGS BANK, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15197101 | + | EDI: USAA.COM | Jul 19 2025 04:01:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 15197102 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 19 2025 00:18:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15197103 | + | EDI: VERIZONCOMB.COM | Jul 19 2025 04:01:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15226973 | | EDI: AIS.COM | Jul 19 2025 04:01:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15209765 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jul 19 2025 00:31:25 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 15197104 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jul 19 2025 00:20:38 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 15197105 | + | EDI: CAPITALONE.COM | Jul 19 2025 04:01:00 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

Case 20-20471-CMB   Doc 129   Filed 07/20/25   Entered 07/21/25 00:30:24   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 18, 2025 | Form ID: 3180W | Total Noticed: 67 |
| TOTAL: 52 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 15231314 | *+ | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| aty | ##+ | Moynihan Law, P.C., 2 Chatham Center, Suite 230, Pittsburgh, PA 15219-3467 |
| 15197083 | ##+ | Gregg L. Morris, Esquire, Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe Center, Ste 205, Canonsburg, PA 15317-8584 |
| 15197097 | ## | University Account System, LLC, PO Box 918, Brookfield, WI 53008-0918 |

TOTAL: 1 Undeliverable, 3 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2025            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2025 at the address(es) listed below:

**Name**            **Email Address**

Adam Bradley Hall
   on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

Charles Griffin Wohlrab
   on behalf of Creditor USAA Federal Savings Bank bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com

Denise Carlon
   on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com

Keri P. Ebeck
   on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
   btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mark G. Moynihan
   on behalf of Debtor Stephen K. Ford markgmoynihan@yahoo.com
   moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
   on behalf of Plaintiff Stacy M. Ford markgmoynihan@yahoo.com
   moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
   on behalf of Joint Debtor Stacy M. Ford markgmoynihan@yahoo.com
   moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Mark G. Moynihan
   on behalf of Plaintiff Stephen K. Ford markgmoynihan@yahoo.com
   moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Matthew Fissel
   on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Office of the United States Trustee

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Jul 18, 2025 | Form ID: 3180W | Total Noticed: 67 |

        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Shawn N. Wright
        on behalf of Joint Debtor Stacy M. Ford shawn@shawnwrightlaw.com
        wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
        on behalf of Debtor Stephen K. Ford shawn@shawnwrightlaw.com
        wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Steven P Kelly
        on behalf of Creditor loanDepot.com  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 15