**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　STEPHEN K. FORD<br>　STACY M. FORD<br>　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　　Movant<br>　　　　vs.<br>　No Repondents. | Case No.:20-20471<br><br>Chapter 13<br><br>Related to:  Document No. 123<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this _____18th_____ day of _____July_____, 20 25 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
7/18/25 3:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_  **dmr**
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                      Case No. 20-20471-CMB

Stephen K. Ford                                                                       Chapter 13

Stacy M. Ford

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Jul 18, 2025 | Form ID: pdf900 | Total Noticed: 66 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen K. Ford, Stacy M. Ford, 309 Ambridge Ave, Fair Oaks, PA 15003-1206 |
| aty | + | Chiurazzi Law Group, 101 Smithfield St, Pittsburgh, PA 15222-2203 |
| cr | + | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S, 11101 West 120th Ave, Suite 280, Broomfield, CO 80021-2756 |
| 15244142 | + | Account Control Technology Inc, 21700 Oxnard St Ste 1860, Woodland Hills, CA 91367-7595 |
| 15197070 | + | Account Control Technology, Inc., PO Box 471, Kings Mills, OH 45034-0471 |
| 15197071 | + | Accounts Receivable Services, 806 E Crawford St, Salina, KS 67401-5106 |
| 15197078 | | Clearview Federal Credit Union, Attn: Bankruptcy, 1453 Beers School Road, Coraopolis, PA 15108 |
| 15197080 | + | Dentalworks, 7160 N. Dallas Parkway, Plano, TX 75024-7145 |
| 15197084 | | Heritage Valley Health System, 720 Blackburn Rd., Sewickley, PA 15143-1498 |
| 15197085 | + | Heritage Valley Sewickley, PO Box 536366, Pittsburgh, PA 15253-5905 |
| 15197087 | | Kansas State University, 211 Anderson Hall Student, Manhattan, KS 66506 |
| 15197089 | + | LoanDepot, PO Box 77407, Trenton, NJ 08628-6407 |
| 15197099 | + | UPMC Magee Women's Hospital, 300 Halket Street, Pittsburgh, PA 15213-3180 |
| 15197100 | | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 15204093 | + | loanDepot.com, LLC, c/o Cenlar, PO Box 682, Pine Brook, NJ 07058-0682 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 19 2025 00:33:09 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 19 2025 00:31:43 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jul 19 2025 00:18:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 19 2025 00:44:27 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 19 2025 00:45:20 | PRA Receivables Management LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 19 2025 00:17:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 19 2025 00:19:22 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| cr | | ^ MEBN | | |
|---|---|---|---|---|
| | | | Jul 19 2025 00:02:51 | loanDepot.com, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 15197069 | + | Email/Text: bankruptcy-Letters@accountcontrolholdings.com | | |
| | | | Jul 19 2025 00:18:00 | Account Control Technology, Inc., 5300 Kings Island Drive, Dept. 116396131 - DN01, Mason, OH 45040-2668 |
| 15197072 | | ^ MEBN | | |
| | | | Jul 19 2025 00:02:53 | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 15197073 | | Email/Text: ally@ebn.phinsolutions.com | | |
| | | | Jul 19 2025 00:17:00 | Ally, PO Box 380902, Bloomington, MN 55438-0902 |
| 15220648 | | Email/Text: ally@ebn.phinsolutions.com | | |
| | | | Jul 19 2025 00:17:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15197076 | | Email/Text: centralstates@csrecovery.com | | |
| | | | Jul 19 2025 00:18:00 | Central States Recovery, P.O. Box 3130, Hutchinson, KS 67501-3130 |
| 15197074 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jul 19 2025 00:20:38 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15197075 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jul 19 2025 00:19:54 | Capital One, Customer Center, P.O. Box 30258, Salt Lake City, UT 84130-0258 |
| 15215074 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jul 19 2025 00:46:36 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15197077 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jul 19 2025 00:31:28 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15228308 | + | Email/Text: bankruptcy@clearviewfcu.org | | |
| | | | Jul 19 2025 00:18:00 | Clearview FCU, 8805 University Blvd, Moon Township PA 15108-4212 |
| 15197079 | | ^ MEBN | | |
| | | | Jul 19 2025 00:03:12 | Dentalworks, P.O. Box 64-3005, Cincinnati, OH 45264-3005 |
| 15197082 | | Email/Text: bk@freedomfinancialnetwork.com | | |
| | | | Jul 19 2025 00:17:00 | Freedom Debt Relief, LLC, 1875 S. Grant St., Suite 400, San Mateo, CA 94402 |
| 15197081 | + | Email/Text: bk@freedomfinancialnetwork.com | | |
| | | | Jul 19 2025 00:17:00 | Freedom Debt Relief, LLC, Attn: Terminations, 4940 S. Wendler Dr., Tempe, AZ 85282-6300 |
| 15197086 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Jul 19 2025 00:17:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15216476 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Jul 19 2025 00:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15207719 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jul 19 2025 00:20:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15231246 | + | Email/Text: BKelectronicnotices@cenlar.com | | |
| | | | Jul 19 2025 00:17:00 | LoanDepot.com, LLC, C/O Cenlar FSB, BK Department,, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 15197088 | + | Email/Text: bknotification@loandepot.com | | |
| | | | Jul 19 2025 00:18:00 | Loandepo.com, Attn: Bankruptcy Dept, 26642 Towne Center Dr, Foothill Ranch, CA 92610-2808 |
| 15267386 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Jul 19 2025 00:19:22 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15227727 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jul 19 2025 00:18:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15197090 | + | Email/PDF: Bankruptcy_Prod@mohela.com | | |
| | | | Jul 19 2025 00:19:55 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15197091 | + | Email/PDF: Bankruptcy_Prod@mohela.com | | |
| | | | Jul 19 2025 00:32:53 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |

District/off: 0315-2 | User: auto | Page 3 of 5
Date Rcvd: Jul 18, 2025 | Form ID: pdf900 | Total Noticed: 66

| | | | |
|---|---|---|---|
| 15203091 | + Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jul 19 2025 00:17:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 15508966 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 19 2025 00:20:33 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15222768 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 19 2025 00:46:30 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15197092 | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 19 2025 00:33:01 | PayPal Credit SVCS/SYNCB, PO Box 960060, Orlando, FL 32896-0080 |
| 15197093 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 19 2025 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15220990 | Email/Text: bnc-quantum@quantum3group.com | Jul 19 2025 00:18:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15197095 | Email/Text: amieg@stcol.com | Jul 19 2025 00:17:00 | State Collection Service, Inc., 2509 S. Stoughton Rd, Madison, WI 53716 |
| 15197094 | Email/Text: ebn_bkrt_forms@salliemae.com | Jul 19 2025 00:18:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15197256 | + Email/PDF: ebn_ais@aisinfo.com | Jul 19 2025 00:20:30 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 15197096 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 19 2025 01:20:17 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 15197098 | + Email/Text: BankruptcyNotice@upmc.edu | Jul 19 2025 00:18:00 | UPMC, Quantum 1 Building, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 15224936 | Email/Text: BNCnotices@dcmservices.com | Jul 19 2025 00:17:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15224951 | Email/Text: BNCnotices@dcmservices.com | Jul 19 2025 00:17:00 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15223143 | + Email/Text: RASEBN@raslg.com | Jul 19 2025 00:17:00 | USAA FEDERAL SAVINGS BANK, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15197101 | + Email/Text: bkelectronicnotices@usaa.com | Jul 19 2025 00:17:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 15197102 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 19 2025 00:18:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15197103 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 19 2025 00:17:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15226973 | Email/PDF: ebn_ais@aisinfo.com | Jul 19 2025 00:20:38 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15209765 | + Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jul 19 2025 00:20:44 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 15197104 | + Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jul 19 2025 00:19:31 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 15197105 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 19 2025 00:19:22 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 51

# BYPASSED RECIPIENTS

User: auto
Date Rcvd: Jul 18, 2025                                  Form ID: pdf900                                  Total Noticed: 66

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | \*+ | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 15231314 | \*+ | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| aty | ##+ | Moynihan Law, P.C., 2 Chatham Center, Suite 230, Pittsburgh, PA 15219-3467 |
| 15197083 | ##+ | Gregg L. Morris, Esquire, Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe Center, Ste 205, Canonsburg, PA 15317-8584 |
| 15197097 | ## | University Account System, LLC, PO Box 918, Brookfield, WI 53008-0918 |

TOTAL: 1 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2025                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| Charles Griffin Wohlrab | on behalf of Creditor USAA Federal Savings Bank bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mark G. Moynihan | on behalf of Debtor Stephen K. Ford markgmoynihan@yahoo.com moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Plaintiff Stacy M. Ford markgmoynihan@yahoo.com moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Joint Debtor Stacy M. Ford markgmoynihan@yahoo.com moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Mark G. Moynihan | on behalf of Plaintiff Stephen K. Ford markgmoynihan@yahoo.com moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |

District/off: 0315-2

Date Rcvd: Jul 18, 2025

User: auto

Form ID: pdf900

Page 5 of 5

Total Noticed: 66

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Shawn N. Wright

on behalf of Joint Debtor Stacy M. Ford shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright

on behalf of Debtor Stephen K. Ford shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Steven P Kelly

on behalf of Creditor loanDepot.com  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com


TOTAL: 15